**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHELE BRYCE,<br><br>          Plaintiff-Appellant,<br><br>     v.<br><br>CHOICE HOTELS INTERNATIONAL, INC.; et al.,<br><br>          Defendants-Appellees. | No.   19-35039<br><br>D.C. No. 3:18-cv-01852-MO<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Oregon
Michael W. Mosman, District Judge, Presiding

Submitted October 15, 2019**

Before:     FARRIS, LEAVY, and RAWLINSON, Circuit Judges.

Michele Bryce appeals pro se from the district court's judgment dismissing

for improper venue her action alleging federal claims.  We have jurisdiction under

28 U.S.C. § 1291.  We review de novo.  *Meyers v. Bennett Law Offices*, 238 F.3d

1068, 1071 (9th Cir. 2001).  We affirm.

---

\*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The district court properly dismissed Bryce's action because Bryce failed to establish that any defendant resides in the District of Oregon or that a substantial part of the events or omissions giving rise to her claims occurred there. *See* 28 U.S.C. § 1391(b)(1), (2) (describing where a civil action may be brought).

We reject as unsupported by the record Bryce's contentions that the district judge engaged in misconduct or erred by failing to recuse himself.

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**